UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-62071-WPD

GEOVANI NUNEZ,

     Plaintiff,

v.

M.I.A SMART FILM SOLUTIONS, LLC, ET. AL.,

     Defendants.

_____/

## **ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court on Plaintiff's Motion for Judgment Against Garnishee JP Morgan Chase Bank, N.A. ("Motion") [DE 22] and the May 12, 2026 Report and Recommendation entered by Magistrate Judge Patrick Hunt [DE 24] (the "Report"). The Court notes that no objections to the Report [DE 24] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 24] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 24] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 24] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Entry of Final Garnishment Judgment, [DE 22] is **GRANTED**.

3. The Clerk of Court is **DIRECTED** enter judgment in Plaintiff's favor against Garnishee in the amount of $13,375.53.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Magistrate Judge Patrick Hunt